7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:* Gary Lee Myers, Jr.     *Bankruptcy Case No.*
*Debtor*           15–60742–abf7

**United States Trustee**
 Plaintiff(s)          *Adversary Case No.*
              16–06022–abf

v.

**Gary Lee Myers Jr.**
 Defendant(s)

## JUDGMENT

  The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Judgment by Default is hereby entered in favor of the Plaintiff, Daniel J. Casamatta, Acting United States Trustee, and against the Debtor/Defendant, Gary Lee Myers Jr., Denying the Debtor/Defendant's Discharge pursuant to 11 U.S.C. Section 727(a).



PAIGE WYMORE–WYNN
Court Executive

By: /s/ Sharon Greene
  Deputy Clerk

Date of issuance: 8/8/16

Court to serve